# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| ANDREW CASTERLINE, | ) | |
| --- | --- | --- |
| Petitioner, | ) | 8:18CV368 |
| v. | ) | |
| BRAD HANSEN, | ) | ORDER |
| Respondent. | ) | |

IT IS ORDERED that Petitioner's Motion for Leave to Proceed In Forma Pauperis (filing no. 10) is denied, because Petitioner was previously granted leave to proceed in forma pauperis in this matter (filing no. 7).

DATED this 18th day of September, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge